Opinion by HEAD, J.

## Mobile Street Railway v. Schnackel.

APPEAL from Mobile Circuit Court.

Tried before the Hon. W. S. ANDERSON.

E. L. RUSSELL and B. B. Boone, for appellant.

FRANCIS M. INGE and JOHN E. MITCHELL, *contra*.

This was an action brought by the appellee against the appellant, to recover damages for personal injuries, alleged to have been inflicted by reason of the negligence of the defendant.

There were verdict and judgment for plaintiff, assessing his damages at $400. The defendant appeals. Judgment affirmed.

Opinion by HARALSON, J.